# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| MARIE THERESE N. FONCHENELA, | Civil No. 19-2780 (JRT/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| CHERLYL SHARON DORBOR THOMAS, | |
| Defendant. | |

Marie Therese N. Fonchenela, 1536 Winnetka Avenue, Apt: 104, New Hope, MN 55428, *pro se* plaintiff.

United States Magistrate Judge David T. Schultz issued a Report and Recommendation dated December 2, 2019. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. The case is hereby **DISMISSED** without prejudice for lack of jurisdiction.

2. The application to proceed in forma pauperis [Docket No. 2] is **DENIED as MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 27, 2020
at Minneapolis, Minnesota

                                        s/John R. Tunheim
                                        JOHN R. TUNHEIM
                                        Chief Judge
                                        United States District Court